JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BESH RESTAURANT CORPORATION D/B/A MCDONALD'S #25360; PETER L. TSAMOUS, AS TRUSTEE OF THE TSAMOUS FAMILY LIVING TRUST; and DOES 1 through 10,<br><br>    Defendants. | **Case No.: 2:20-cv-08486 MWF (KSx)**<br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs, with the Court to retain jurisdiction up until August 12, 2021.

SO ORDERED.

DATED: July 14, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge